UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ELBERT TABOADA and
GRETA TABOADA, individually and
as Parents and Next-Friends of
ANDRES TABOADA, a minor,

CASE NO.: 3:21-cv-02515-TKW-EMT

    Plaintiffs,

v.

CITY OF CRESTVIEW; STEPHEN G. McCOSKER,
in his official capacity as Chief of the
CRESTVIEW POLICE DEPARTMENT; and
CHRISTOPHER ROLL, individually,

    Defendants.

## JOINT NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL

Pursuant to Rule 16.2, Local Rules, Northern District of Florida, U.S. District Court (2015), Plaintiffs ELBERT TABOADA and GRETTA TABOADA, individual and as Parents and Next-Friends of ANDRES TABOADA, a minor, and Defendants CITY OF CRESTVIEW, STEPHEN G. McCOSKER in his official capacity as Chief of the Crestview Police Department, and CHRISTOPHER ROLL, individually, by and through their undersigned counsel, notify the Court that the parties have reached a settlement of these claims as to all Defendants, and no further action in this matter is required by the Court or clerk.

Pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant hereby stipulate to dismissal with prejudice of all claims against Defendants. Each party shall bear their own attorneys' fees and costs.

The parties ask the court to reserve jurisdiction for 30 days to enforce the agreement if necessary

Respectfully submitted this 21st day of February 2022.

| /s/ *John W. Wesley* <br> John W. Wesley, FBN: 506478 <br> **WESLEY, MCGRAII & WESLEY** <br> 88 NE Eglin Parkway <br> Fort Walton Beach, Florida 32548 <br> Telephone: (850) 244-0999 <br> Facsimile: (850) 244-0973 <br> Email: john@wmw-law.com <br><br> ATTORNEYS FOR PLAINTIFFS | /s/ *Zackery A. Scharlepp* <br> Zackery Scharelepp, FBN: 0085374 <br> COPPINS MONROE, P.A. <br> 1319 Thomaswood Drive <br> Tallahassee, Florida 32308 <br> Telephone: (850) 422-2420 <br> Facsimile:  (850) 422-2730 <br> zascharlepp@coppinsmonroe.com <br> bmiller@coppinsmonroe.com <br> cmarchena@coppinsmonroe.com <br><br> ATTORNEYS FOR DEFENDANTS |
|---|---|

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b)(3) and N.D. Florida Local Rule 5.1, this document is being filed electronically and service shall be through the Court's transmission facilities on all persons appearing before this Court.

/s/ *Zackery A. Scharlepp*
Attorney